**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE* *856.757.5026*
*401 Market Street, 4th Floor* *Fax: 856.968.4917*
*Post Office Box 2098* *Direct Dial: 856/757-5121*
*Camden NJ 08102*

December 18, 2025

Via Email (criminalinfo@njd.uscourts.gov)

Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
Camden, New Jersey 08101

ATTN: Marcy Plye, Deputy Clerk

RE: Request for Case Assignment – United States v. Tyrone Pitts

Dear Ms. Plye:

Enclosed for assignment is an Information charging defendant Tyrone Pitts with failing to collect, account for, and pay over employment taxes, in violation of 26 U.S.C. § 7202. Copies of the Clerk's sheet and Information are enclosed.

Thank you for your attention to this matter.

Very truly yours,

TODD BLANCHE
United States Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel

*/s/Jeffrey B. Bender*
By: JEFFREY B. BENDER
Assistant U.S. Attorney
HAYTER WHITMAN
Trial Attorney

Enclosures